Case 2:21-cv-00273-JPH-MJD   Document 1   Filed 07/08/21   Page 1 of 5 PageID #: 1

FILED
06/28/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

Name: JB Whitelow, Jr.
Prisoner No.: 217729
Case No.: 2:21-cv-00261-JRS-DLP

Place of Confinement: Wabash Valley Corr. Facility
P.O. Box 1111
Carlisle, In. 47838

Name of Petitioner (include name under which convicted): JB Whitelow, Jr.

V.

Name of Respondent (authorized person having custody of petitioner): Warden, et. Al

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Corr. Facility P.O. Box 1111, Carlisle In. 47838

2. Date of Guilt determination: June 16, 2020

3. Sanctions imposed: 4000 good days, 2 credit class demotions, 4 years Disciplinary segregation, Excessive medical bills

4. Nature of rule infractions involved (all counts): MCF-20-05-0020 (Assault) MCF-20-05-0019; WVS 20-06-0002 (Threatening); WVS 20-06-0005, WVS 20-06-0007 (filing frivolous claim)

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑   No ☐

9. If you did appeal, answer the following:
   (a) Name and title of Reviewing Authority: Facility Head (legal Assistant) Mr. Ellis
   (b) Result: Denied
   (c) Date of result: 7-7-2020
   (d) Grounds raised: Insufficient Evidence, Due process violation, Denial of lay advocate, Denial of impartial decisionmaker, Coercion (Inducement), failure to be present at hearing (was removed from hearing)

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:
   (1) Name and title of Higher Reviewing Authority: Appeal Review Officer Elise Gallagher
   (2) Result: Denied
   (3) Date of result: 8-17, 2020
   (4) Grounds raised: Insufficient Evidence, Due process violation, Denial of lay advocate, Denial of impartial decisionmaker, Coercion (Inducement), failure to be present at hearing (was removed from hearing)

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

T5

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: Insufficient Evidence

SUPPORTING FACTS (state *briefly* without citing cases or law) There was no evidence to support the convictions. Material evidence and documents supported showed no rule, statue, or policy violations.

(B) GROUNT TWO: Due process violation

SUPPORTING FACTS (state *briefly* without citing cases or law) I was denied my right to a lay advocate, I was not allowed to concur or talk to him and I was provided staff member who had no knowledge of the procedures. I also was denied a fair and impartial decision maker, which she showed bias and unprofessional conduct that clouded her judgment. I was not allowed to present any evidence of my behalf and was given excessive sanctions. I also wasn't present

(C) GROUNT THREE: Coercion (Inducement)

SUPPORTING FACTS (state *briefly* without citing cases or law) The DHB officer made promises to me in order for me to plead guilty in one of the cases, which during sentencing she reneged and did not keep her promise. I contested that I was not guilty in all cases, which I was told by the DHB officer that if I pled guilty to the assault, that she would dismiss all other counts. (That was false, and Induced me to pled guilty)

T5

AO 241    (Rev.5/85)

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes ☐   No ☑

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: __Officer Donovan, Officer CRANE, Sgt. Cobb__

(b) At Institutional Level Appeal: __N/A__

(c) At I.D.O.C. Level Appeal: __N/A__

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_JB Mitchell Jr._
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__6-4-2021__
DATE

_JB Mitchell Jr._
Signature of Petitioner

T5

Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN, 47838

FILED
JUN 28 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States District Court
Attn: Clerk of the Court
46 East Ohio Street
Indianapolis, IN. 46204



4620431903