UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JB WHITELOW, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00273-JPH-MJD |
| | ) | |
| WARDEN, WABASH VALLEY | ) | |
| CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now

enters **FINAL JUDGMENT**.

Date:  1/10/2022

Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JB WHITELOW, JR.
217729
WABASH VALLEY – CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838